FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 09 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORLANDO D. TORRES-MORENO, AKA Orlando David Moreno, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-72448 <br><br> Agency No. A095-627-584 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted March 5, 2012
Pasadena, California

Before: PREGERSON, GOULD, and TALLMAN, Circuit Judges.

Orlando Torres-Moreno ("Torres-Moreno"), a native and citizen of Mexico,

and a legal permanent resident of the United States, petitions for review of the

Board of Immigration Appeals' ("BIA") order finding removability. We have

jurisdiction under 8 U.S.C. § 1252, and we deny the petition.

_____

[*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

Contrary to Torres-Moreno's contention, the record of conviction established that Torres-Moreno was convicted of § 11378, possession for sale of a controlled substance, to wit methamphetamine. *See Pagayon v. Holder*, Nos.07-74047, 07-75129, 2011 WL 6091276, *4 (9th Cir. Dec. 8, 2011); *see also Ramirez-Villalpando v. Holder*, 645 F.3d 1035, 1039-40 (9th Cir. 2011).

Accordingly, we deny the petition for review.

**PETITION FOR REVIEW DENIED.**